IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RAY SIDES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | No. 3-08-CV-1099-O |
| | § | |
| | § | (Consolidated With: |
| | § | No. 3-08-CV-1100-O) |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

As an initial matter, having reviewed Petitioner's Motion for an Evidentiary Hearing (Doc. # 17) and the applicable law, the Court finds that it should be and hereby is DENIED. The Court also finds that Petitioner's Motion to Extend Time to File Objections should be and hereby is DENIED as MOOT, and deems Petitioner's Objections filed on April 1, 2009, (Doc # 23) as timely filed.

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge (Doc. # 21), the Objections thereto (Doc. # 23), and in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

So ORDERED this 4th day of September, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**